**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IBRAHIMA CISSE,

Petitioner,

v.

DAVID WESLING, Field Office Director, *et. al*,

Respondents.

No. 1:26-cv-14372-PBS

**RESPONDENTS' MOTION TO VACATE ORDER PROHIBITING PETITIONER'S REMOVAL FROM THE UNITED STATES**

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully move this Court to vacate its Service Order and the subsequent Order from Judge Kelley prohibiting Petitioner's transfer and removal from the United States. ECF No. 4, 11. ICE is prepared to expeditiously effectuate the removal of Petitioner upon this Court vacating its Order prohibiting transfer and removal form the United States. ECF No. 14-1 (indicating the removal flight is scheduled for October 11, 2026). Petitioner filed a Petition seeking release on September 24, 2026. ECF No. 1. Respondents filed a response to the Petition Friday, October 2, 2026. *See* ECF No. 14. The Court's Order prohibits Petitioner's transfer from this District unless Respondents notify this Court 72-hours prior to his transfer and prohibits Petitioner's removal from the United States at this juncture. ECF No. 4; *see also* ECF No. 11 ("[t]he Court **ORDERS** that Petitioner shall not be transferred from either Massachusetts or Rhode Island until further order of the Court.").

10/5/26
Petitioner shall respond by 10/13/26.
Patti B Saris